Dobbins's Estate.

332

*R. M. Remick* (of *Saul, Ewing, Remick & Saul*), for trustee, and *H. Edgar Barnes*, for Kensington Hospital for Women, exceptants.

*Joseph P. Gaffney*, contra.

PER CURIAM, March 20, 1930.—A careful study of the adjudication and briefs of counsel leads us to the conclusion that the Auditing Judge has properly disposed of the question of law raised by these exceptions and for the reasons given by him,

The exceptions are dismissed and the adjudication confirmed absolutely.